UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EMERALD WILSON-BEY, | Case No. 2:22-cv-00493-ART-BNW |
| Plaintiff, | ORDER |
| v. | |
| CORRECTIONS CORP. AMERICA, *et al.*, | |
| Defendants. | |

**I.   DISCUSSION**

Plaintiff Emerald Wilson-Bey initiated this case with an incomplete application to proceed *in forma pauperis* ("IFP application") and a civil rights complaint. (ECF Nos. 1, 1-1.) The Court denied the incomplete IFP application and ordered Plaintiff to file a complete IFP application within 60 days. (ECF No. 3.) Plaintiff did not file a complete IFP application, and the Court dismissed this case without prejudice. (ECF No. 5.)

Plaintiff has now filed a motion requesting that the Court "withdraw and close this case, as Plaintiff no longer seeks previously requested relief." (ECF No. 10.) The Court already dismissed this action without prejudice, and closed this case, based on Plaintiff's failure to file a complete IFP application. (ECF No. 5.) Accordingly, the Court denies Plaintiff's motion as moot.

**II.   CONCLUSION**

It is therefore ordered that Plaintiff's motion to close this case (ECF No. 10) is denied.

DATED THIS 28th day of February 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1